UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-21807-CIV-O'SULLIVAN
[CONSENT]

JOSE EFRAIN PAVON, et. al.,
    Plaintiffs,

v.

E.R. TRUCK & EQUIPMENT CORP. et al.,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court sua sponte. Defendant Ernesto Raschio sent correspondence to Chambers concerning the instant case. Attached is a copy of said correspondence received by Chambers. Mr. Raschio is represented by counsel. Local Rule 7.7 states as follows:

> Unless invited or directed by the presiding Judge, attorneys and any party represented by an attorney shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments; or (b) furnish the Court with copies of correspondence between or among counsel, or any party represented by an attorney, except when necessary as an exhibit when seeking relief from the Court.

S.D. Fla. L.R. 7.7. It is

**ORDERED AND ADJUDGED** that in accordance with Rule 7.7, the parties shall not mail any further correspondence to the undersigned's Chambers. If Mr. Raschio seeks relief from this Court, Mr. Raschio should file a motion through his counsel.

DONE AND ORDERED in Chambers at Miami, Florida, this **26th** day of September, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided:
All counsel on record

Copies mailed by Chambers to:
Ernesto Raschio
11222 NW 78 Lane
Miami, FL 33178

Case 11-21807

Your honor,

I am writing to you because we would like to conclude this case in your courtroom. This is the second time I have been sued by the same attorney based on untruthful claims. We hired council to represent us and have already paid over $8,000 in legal fees in less than 3 weeks and so far they have not closed this case and say we are far from it and there will be many more fees. We are getting sucked dry from both attorneys and I cannot represent my company because we are a corporation. We have the documentation showing the hours the employees worked and were paid for. I am respectfully requesting that you authorize that the facts be brought forth and adjourn this case. If the opposing council can find that I have not paid our employees correctly than I will pay them, however I do not believe that will happen because I have paid my employees justly as agreed. You can reach me at my contact below. Thank you

Ernesto Raschio
Cell: 305-467-6498
11222 N.W. 78 Lane
Miami, FL 33178

_____ 09/22/2011

cc O Sullivan